CITY OF ST. LOUIS TO USE OF CHARLES YOUNG, Respondent, *v.* JAMES CLEMENS, JR., Appellant.

*Appeal from St. Louis Circuit Court.*

*C. G. Mauro*, for respondent.

*Gardner*, for appellant.

HOLMES, Judge, delivered the opinion of the court. .

The points made in this case were ruled in favor of the plaintiff in the cases of the " City to the use of McGrath et al. v. Clemens," and " City to use of Lohrum v. Coons," decided at this term and for reasons then given. There was no special defence set up in the answer in this case, as in " City to use of McGrath et al. v. Clemens," in which that case was reversed.

The judgment is affirmed. Judge Wagner concurs; Judge Lovelace absent.